UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No.   3:21-mj-1013-JRK

TAYLAR FRIERSON                          Defense Atty: Waffa Hanania, Esquire
                                                            AUSA: Michael Coolican, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 1/12/2021<br>3:05 p.m. – 3:23 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | James Haskett |

CLERK'S MINUTES

PROCEEDINGS:    INITIAL APPEARANCE RULE 5(c)(3)

Court requested presence of counsel for possible appointment. Waffa Hanania is present.

Defendant arrested yesterday on a warrant issued out of the Western District of Pennsylvania and brought to Court today.

Defendant advised of rights, charge, penalties, and special assessment.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding financial condition. Court will appoint the Federal Public Defender. **Order to enter**.

Defendant advised of her right to an identity hearing and Rule 20 Transfer Provision.

Government's motion for detention.

[Continued to Page Two]

United States v. Taylar Frierson
Case No.: 3:21-mj-1013-JRK
Page Two
_____

The parties joint oral motion to continue the detention hearing is **GRANTED.**

Detention and Identity hearings set for **Friday, January 15, 2021, at 3:00 p.m.**

**Order of Temporary Detention to enter.**