UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No.   3:21-mj-1013-JRK

TAYLAR FRIERSON                              Defense Atty: Waffa Hanania, Esquire
                                             AUSA: Michael Coolican, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 1/21/2021<br>1:47 p.m. – 1:58 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | James Haskett |

CLERK'S MINUTES

**PROCEEDINGS**: DETENTION/IDENTITY HEARING RULE 5(c)(3)

Defendant's oral motion to continue the detention and identity hearings, with no objection from the Government, is **GRANTED.**

Detention and identity hearings set for **Monday, January 25, 2021 at 2:00 p.m.**

**Order to enter.**