UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
| v. | TO ANOTHER DISTRICT |
| TAYLAR FRIERSON | CASE NO. 3:21-MJ-1013-JRK |

| CHARGES ||||
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Indictment | 18 U.S.C. § 371 | Western District of Pennsylvania |
|  |  | Case Number: 2:20-cr-129-RJC |
| **Description:** Conspiracy to Defraud the United States ||||
| **PROCEEDINGS** ||||
| **BOND STATUS:** | Defendant waived identity hearing and reserved her right to have the detention hearing held in the charging district. ||
| **COUNSEL:** | Federal Public Defender ||
| **INTERPRETER:** | None Required ||

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of **TAYLAR FRIERSON** and to transport Defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 25, 2021

_James R. Klindt_
James R. Klindt, United States Magistrate Judge

**RETURN**

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

AO 94 (Rev. 8/97) Commitment to Another District